IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiffs, <br><br> vs. <br><br> ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | CV 17-64-M-DLC <br><br> ORDER |

Defendant Environmental Protection Agency has filed an unopposed motion to stay this case pending preparation of a biological assessment for the Silver Bow Creek/Butter Area Site. Finding good cause appearing,

IT IS ORDERED that Defendant's motion (Doc. 13) is GRANTED. This action stayed in its entirety (including Defendant's September 18, 2017 deadline to respond to Plaintiff's complaint) until January 19, 2018 to allow the EPA to focus on the ongoing Section 7 consultation. If Plaintiff Alliance for the Wild Rockies has not voluntarily dismissed this matter, Defendant will respond to Plaintiff's complaint on or before January 19, 2018.

DATED this 30th day of August, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court