IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
DEC 11 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, | CV 17–64–M–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

After reviewing Defendant's unopposed motion to extend the stay and finding good cause appearing,

IT IS ORDERED that Defendant's motion (Doc. 15) is GRANTED. The current stay is extended until February 19, 2018 to allow EPA to continue working on the ongoing Section 7 consultation. If Alliance has not voluntarily dismissed this matter, EPA will respond to Alliance's complaint on or before February 19, 2018.

DATED this 11th day of December, 2017.

Dana L. Christensen, Chief Judge
United States District Court