IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
FEB 16 2018
Clerk, U.S District Court
District Of Montana
Missoula

| ALLIANCE FOR THE WILD ROCKIES, | CV 17–64–M–DLC |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

Pursuant to the Parties' Stipulation of Dismissal,

IT IS ORDERED that the stipulation (Doc. 17) is GRANTED. This case is DISMISSED WITH PREJUDICE.

DATED this 16th day of February, 2018.

Dana L. Christensen, Chief Judge
United States District Court