IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

APR 16 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiffs, <br><br> vs. <br><br> ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | CV 17–64–M–DLC <br><br> ORDER |

After reviewing the parties stipulated fee settlement and finding good cause, the Court APPROVES and GRANTS the settlement.

DATED this 16th day of April, 2018.

Dana L. Christensen, Chief Judge
United States District Court